IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-00233-LTB

STEVEN RAYMOND ST. MARIE,

    Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41 (a), plaintiff Steven Raymond St. Marie, by and through his attorney, The Schmehl Law Group, P.C., and defendant Western Electricity Coordinating Council, by and through its attorneys, Jackson Lewis LLP, hereby stipulate to the dismissal of all claims in this case with prejudice.

Dated: December 3, 2012.

| | |
|---|---|
| *s/ James W Schmehl* | *s/ Peter F. Munger* |
| James W. Schmehl | Peter F. Munger |
| THE SCHMEHL LAW GROUP, P.C. | Jennifer S. Harpole |
| 219 West Magnolia | JACKSON LEWIS LLP |
| Fort Collins, CO 80521 | 950 17th Street, Suite 2600 |
| Telephone:   (970) 484-0225 | Denver, Colorado 80202 |
| Facsimile:   (970) 484-8903 | Telephone:   (303) 892-0404 |
| jwslaw@frii.com | Facsimile:   (303) 892-5575 |
| | Peter.Munger@jacksonlewis.com |
| | HarpoleJ@jacksonlewis.com |
| ATTTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of December, 2012, I served a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court via CM/ECF, which will send an email notification to the following:

James W. Schmehl
The Schmehl Law Group, P.C.
219 West Magnolia
Fort Collins, CO 80521
jwslaw@frii.com

          *s/ Shelley Remaklus*
          for Jackson Lewis LLP

2