**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00233-LTB-KMT

STEVEN RAYMOND ST. MARIE,

      Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL,

      Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc 16 - filed December 3, 2012), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   December 4, 2012